

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2017

No. 04-17-00353-CV

Sally **MARTINEZ**,
Appellant

v.

**EP MAP PROPERTIES, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2017CV01947
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

The trial court's judgment was signed on May 15, 2017, and appellant timely filed a notice of appeal. The clerk's record was filed on June 1, 2017. On August 11, 2017, the court reporter filed a notification stating that no reporter's record was made in this case. Appellant's brief was therefore due to be filed on September 11, 2017. On September 20, 2017, the clerk of this court notified appellant that the appellant's brief was late and that either the brief or a motion for extension of time to file the brief should be filed on or before October 2, 2017. To date, neither the appellant's brief nor a motion for extension of time has been filed. *See* TEX. R. APP. P. 10.5(b).

It is therefore ORDERED that appellant show cause in writing **within fifteen (15) days** from the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court